**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE: VALEANT PHARMACEUTICALS INTERNATIONAL, INC. SECURITIES LITIGATION** <br><br> THIS DOCUMENT RELATES TO: <br><br> 3:19-cv-18475 (Delaware Public Employees' Retirement System) | Civil Action No. 15-7658 <br><br> JUDGE MICHAEL A. SHIPP <br> JUDGE LOIS H. GOODMAN <br><br> JUDGE DENNIS CAVANAUGH, RET. SPECIAL MASTER |

**STIPULATION AND [PROPOSED] ORDER**

WHEREAS, on September 27, 2019, Plaintiffs in the above-captioned action (the "Action") filed a Complaint (the "Complaint") against Valeant Pharmaceuticals International, Inc., n/k/a Bausch Health Companies Inc. ("Valeant"), J. Michael Pearson, Howard B. Schiller, Robert L. Rosiello, and Tanya Carro (collectively, "Defendants," and together with Plaintiffs, the "Parties");

WHEREAS, counsel for Defendants have agreed to accept service of the Complaint;

WHEREAS, on October 24, 2018, Defendants filed Answers to the First Amended Complaint in *In re Valeant Pharmaceuticals International, Inc. Sec. Litig.*, No. 3:15-cv-07658-MAS-LHG (the "Class Action") (Dkt. Nos. 376, 378, 379, 380) (collectively, the "Class Action Answers");

WHEREAS, counsel for the Parties have agreed that it is unnecessary for Defendants to separately admit or deny every allegation in the Complaint pursuant to Fed. R. Civ. P. 8(b) at this time;

IT IS HEREBY STIPULATED AND AGREED, by the undersigned counsel on behalf of the Parties, that:

(a) The Parties reserve all rights with respect to the claims asserted in the Complaint for purposes of appeal, including that the claims should be dismissed for the same reasons set forth in Defendants' motions to dismiss filed in the Class Action and motions to dismiss filed in other coordinated actions;

(b) Defendants will file answers to the Complaint (the "Opt-Out Answers") incorporating by reference the Class Action Answers by December 18, 2019;

(c) The Opt-Out Answers will (1) respond to allegations in paragraphs 72, 75–77, 86–87, 94–96, 120–25, 165–66, and 183–98, and Sections III.A, IV, V.C.6, VI, VIII, IX, and XI of the Complaint, as well as those portions of Section XII of the Complaint concerning causes of action not raised in the Class Action; and (2) will identify any applicable affirmative defenses not raised in the Class Action Answers;

(d) No allegations in the Complaint shall be deemed admitted pursuant to Fed. R. Civ. P. 8(b)(6) unless admitted in the Opt-Out Answer or the Class Action Answers;

(e) Plaintiffs may subsequently request responses to specific paragraphs of the Complaint containing factual allegations that they reasonably believe are not addressed by the Opt-Out Answers and their incorporation of the Class Action Answers, and Defendants shall be provided 45 days to file amended Opt-Out Answers or seek relief from the Court.

Stipulated and agreed to by:

DATED: November 7, 2019

**LABATON SUCHAROW LLP**

/s/ *Margaret A. Schmidt*
Margaret A. Schmidt
Serena P. Hallowell (*pro hac vice forthcoming*)
Eric J. Belfi (*pro hac vice forthcoming*)
Thomas W. Watson (*pro hac vice forthcoming*)
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Fax: (212) 818-0477

*Counsel for Plaintiffs*

**DEBEVOISE & PLIMPTON LLP**

/s/ *Matthew Petrozziello*
Matthew Petrozziello
Bruce E. Yannett (*pro hac vice forthcoming*)
919 Third Avenue
New York, NY 10022
Telephone: (212) 909-6000
Fax: (212) 909-6836

Jonathan R. Tuttle (*pro hac vice forthcoming*)
Ada F. Johnson (*pro hac vice forthcoming*)
801 Pennsylvania Avenue, NW
Washington, D.C. 20004
Telephone: (202) 383-8000
Fax: (202) 383-8118

*Counsel for J. Michael Pearson*

**WINSTON & STRAWN LLP**

/s/ *Benjamin Sokoly*
Benjamin Sokoly
200 Park Avenue
New York, NY 10166-4193
Telephone: (212) 294-6700
Fax: (212) 294-4700

*Counsel for Howard B. Schiller*

**McCARTER & ENGLISH, LLP**

/s/ *Richard Hernandez*
Richard Hernandez
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
Telephone: (973) 848-8615
Fax: (973) 297-6615

*Local counsel for Valeant Pharmaceuticals International, Inc., Robert L. Rosiello, and Tanya Carro*

**SIMPSON THACHER & BARTLETT LLP**

Paul C. Curnin (*pro hac vice forthcoming*)
Craig S. Waldman (*pro hac vice forthcoming*)
Dean McGee (*pro hac vice forthcoming*)
425 Lexington Avenue
New York, NY 10017-3954
Telephone: (212) 455-2000
Fax: (212) 455-2502

*Counsel for Valeant Pharmaceuticals International, Inc. and Robert L. Rosiello*

**COOLEY LLP**

William J. Schwartz (*pro hac vice forthcoming*)
Sarah Lightdale (*pro hac vice forthcoming*)
55 Hudson Yards
New York, NY 10001
Telephone: (212) 479-6000
Fax: (212) 479-6275

*Counsel for Tanya Carro*